AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>Wilson J. Rondini, III<br>Falcon Capital LLP, and<br>Falcon Capital Partners Limited,<br><br>*Defendant(s)* | Civil Action No. 9:23-cv-81285 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wilson J. Rondini III
649 Hermitage Circle
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard M. Harper II, Esq.
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Sep 18, 2023

s/ N. Cubic
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>Wilson J. Rondini, III<br>Falcon Capital LLP, and<br>Falcon Capital Partners Limited,<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 9:23-cv-81285 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Falcon Capital LLP
43-45 Dorset Street
London, W1U 7NA
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard M. Harper II, Esq.
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 18, 2023



Angela E. Noble
Clerk of Court

s/ N. Cubic
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> Wilson J. Rondini, III <br> Falcon Capital LLP, and <br> Falcon Capital Partners Limited, <br><br> *Defendant(s)* | Civil Action No. 9:23-cv-81285 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Falcon Capital Partners Limited
The Lucky Building, Room 101
39 Wellington Street
Central Hong Kong, Hong Kong
Special Administrative Region, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard M. Harper II, Esq.
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 18, 2023

Angela E. Noble
Clerk of Court



s/ N. Cubic
Deputy Clerk
U.S. District Courts